IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| WILLIAM TAYLOR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:25cv731-MHT |
| ) | (WO) |
| TRUEACCORD CORP., ) | |
| ) | |
| Defendant. ) | |

**JUDGMENT**

Upon consideration of plaintiff's motion to dismiss with prejudice (Doc. 10), it is ORDERED and ADJUDGED that:

(1) The stay is lifted.

(2) The motion to dismiss is granted pursuant to Federal Rule of Civil Procedure 41(a)(2), and this case is dismissed with prejudice, with each party to bear its own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 8th day of December, 2025.

                                          /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE